**Order filed April 2, 2021**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00807-CV**

———————

**CUYLER SMITH, Appellant**

**V.**

**CRISTINA SMITH, Appellee**

On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-48293

## O R D E R

The court has determined that it requires portions of the trial court record for review. The court requests a record be filed containing the final protective order, the notice of appeal, and any post-judgment motion(s).

The Harris County District Clerk is directed to file a record on or before April 9, 2021, containing the final protective order, the notice of appeal, and any post-judgment motion(s).

If the omitted item is not part of the case file, the district clerk is directed to file a record containing a certified statement that the omitted item is not a part of the case file.                    PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer and Spain.